# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5170**  **September Term, 2014**

1:14-cv-00670-RCL

Filed On: June 16, 2015 [1557740]

Safari Club International and National Rifle
Association of America,

    Appellants

  v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

    Appellees

## O R D E R

  The notice of appeal was filed on June 4, 2015, and docketed in this court on June 16, 2015. It is, on the court's own motion,

  **ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 16, 2015 |
| Docketing Statement Form | July 16, 2015 |
| Entry of Appearance Form | July 16, 2015 |
| Procedural motions, if any | July 16, 2015 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 16, 2015 |
| Statement of Issues to be Raised | July 16, 2015 |
| Transcript Status Report | July 16, 2015 |
| Underlying Decision from Which Appeal or Petition Arises | July 16, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | July 31, 2015 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 15-5170                                                                   September Term, 2014

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 16, 2015 |
| Entry of Appearance Form | July 16, 2015 |
| Procedural motions, if any | July 16, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | July 31, 2015 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                                  **FOR THE COURT:**
                                                                  Mark J. Langer, Clerk

                                      BY:     /s/
                                                              John J. Accursio
                                                              Deputy Clerk

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases