___
No. 15-5170
___

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLOUMBIA CIRCUIT**
___

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
___

On Appeal from the United States District Court for the District of Colombia
(No. 14-00670)
___

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF/APPELLANT
THE NATIONAL RIFLE ASSOCIATION OF AMERICA**

The National Rifle Association of America ("NRA") is a nonprofit membership organization whose mission includes promoting and defending hunting as a shooting sport and as a viable and necessary method of fostering the propagation, growth and conservation, and wise use of our renewable wildlife resources. I, the undersigned, counsel of record for the NRA, certify that to the best of my knowledge and belief, the NRA has no parent companies, subsidiaries

1

or affiliates which have any outstanding securities in the hands of the public.

These representations are made in accordance with Fed. R. App. P. 26.1, and D.C. Cir. R. 26.1, in order that judges of this court may determine the need for recusal.

Dated: July 14, 2015

Respectfully submitted,

/s/ Michael T. Jean
Michael T. Jean
(D.C. Cir. No. 55063)
National Rifle Association of America/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1158
Facsimile: (703) 267-1164
mjean@nrahq.org

Counsel for Appellant
National Rifle Association of America

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of July, 2015, a true and correct copy of the Corporate Disclosure of Plaintiff/Appellant was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Michael T. Jean
Michael T. Jean

Counsel for Appellant
National Rifle Association of America