_____
No. 15-5170
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
_____

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

The following information is provided pursuant to the Court's order of June 16, 2015, and D.C. Circuit Rule 28(a)(1).

**A. Parties**

*Parties in the District Court:*

<u>Plaintiffs</u>

Safari Club International;

National Rifle Association of America

1

Defendants

Sally Jewell, in her official capacity as Secretary of the U.S. Department of the Interior;

U.S. Department of the Interior;

Daniel Ashe, in his official capacity as Director of the U.S. Fish and Wildlife Service;

United States Fish and Wildlife Service.

*Parties in the Court of Appeals:*

Appellants

Safari Club International;

National Rifle Association of America

Appellees

Sally Jewell, in her official capacity as Secretary of the U.S. Department of the Interior;

U.S. Department of the Interior;

Daniel Ashe, in his official capacity as Director of the U.S. Fish and Wildlife Service;

United States Fish and Wildlife Service.[1]

---

[1] Appellants are not listing Friends of Animals and the Zimbabwe Conservation Task Force ("FoA/ZCTF") as parties to this appeal or as parties in the District Court at the time the ruling on appeal was issued. Although they are now parties to

**B.   Rulings Under Review**

Appellants seek review of the Order (Dkt. No. 47) and Memorandum Opinion (Dkt. No. 48), both entered on December 26, 2014, in Case No. 14-00670 by Judge Royce Lamberth.  The Order and Memorandum Opinion granted a partial dismissal of Plaintiffs/Appellants' claims relating to an importation ban on sport-hunted elephants from Tanzania (Counts 6-8).  On April 9, 2015, the District Court issued an order that certified the Court's December 26, 2014 Order as a final judgment as to Counts 6-8 (Dkt. 65).  Plaintiffs/Appellants Safari Club International and National Rifle Association of America ("Safari Club and NRA") filed the Order and the Memorandum Opinion as the "Underlying Decisions" on the same day as the filing of this document.

**C. Related Cases**

Counsel for Plaintiffs/Appellants Safari Club and NRA are aware of no cases arising out of the District Court's Order and Memorandum Opinion in Case

---

the remaining claims in the District Court (relating to importation of elephants sport-hunted in Zimbabwe), FoA/ZCTF are not, in the opinion of Appellants, parties to this appeal, which involves only Tanzania.  The District Court did not grant their motion to intervene until after it had ruled on the motion to dismiss that is the subject of this appeal.  FoA/ZCTF did not file their memorandum in support of intervention until after the District Court had ruled on the motion to dismiss.  In their intervention motion, FoA/ZCTF did not allege or argue that they had an interest in elephants in Tanzania.  In Appellants' opinion, this Court does not have jurisdiction over FoA/ZCTF and they cannot participate in this appeal without this Court granting them leave to intervene pursuant to a motion to intervene.

No. 14-00670 and are aware of no cases challenging the issues addressed in this litigation pending in this or any other court.

Dated: July 14, 2015

Respectfully submitted,

/s/ Anna M. Seidman

Anna M. Seidman
Douglas S. Burdin
Jeremy E. Clare
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

Counsel for Appellant
Safari Club International

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2015, a true and correct copy of Appellants' Certificate as to Parties, Rulings, and Related Cases was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman

Counsel for Appellant
Safari Club International