UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*, ) ) | |
| Plaintiffs, ) ) | |
| v.        ) | Civil Action No. 14-0670 (ABJ) |
| ) | |
| SALLY M. R. JEWELL, in her official ) capacity as Secretary of the U.S. ) Department of the Interior, *et al.*, ) ) | |
| Defendants. ) ) | |

### ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons set forth in the accompanying memorandum opinion, it is ORDERED that plaintiffs' motion for leave to file a second amended complaint [Dkt. # 34] is GRANTED; that defendants' supplemental motion to dismiss the Tanzania claims (Counts 6–8 in the second amended complaint) for failure to state a claim [Dkt. # 36] is GRANTED; defendants' motion to dismiss the Tanzania claims for lack of subject matter jurisdiction [Dkt. # 11] is DENIED as moot; and defendants' motions to dismiss the Zimbabwe claims [Dkts. ## 11, 36] (Counts 1–5 in the second amended complaint) are DENIED.

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge

DATE:  December 26, 2014