# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 15-5170
2. DATE DOCKETED: 06-16-2015
3. CASE NAME (lead parties only) Safari Club International v. Jewell
4. TYPE OF CASE: ☐ District Ct - ☑ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☑ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.   Bankruptcy Court Docket No.   Tax Court Docket No.
      Civil Action 14-670          Bankruptcy                    Tax
      Criminal                     Adversary
      Miscellaneous                Ancillary
   b. Review is sought of:
      ☐ Final Order ☐ Interlocutory Order appealable as of right ☑ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Royce Lamberth          Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 12-26-2014   e. Date notice of appeal filed: 06-04-2015
   f. Has any other notice of appeal been filed in this case? ☑ Yes ☐ No  If YES, date filed: 06-17-2014
   g. Are any motions currently pending in trial court? ☐ Yes ☑ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☑ Yes ☐ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ☑ Yes Appeal # 14-5152   ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☑ No If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute? ☑ Yes ☐ No
      If YES, give popular name and citation of statute Endangered Species Act, 16 U.S.C. sec. 1533 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☑ No  If so, provide program name and participation dates

Signature /s/                                    Date 07-14-2015
Name of Party Safari Club International
Name of Counsel for Appellant/Petitioner Anna M. Seidman
Address 501 2nd St., NE, Washington D.C. 20002
Phone ( 202 ) 543-8733   Fax ( 202 ) 543-1205

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

No. 15-5170

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of July, 2015, a true and correct copy of Plaintiffs/Appellants' Civil Docketing Statement was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman
Counsel for Appellant
Safari Club International