---
No. 15-5170
---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
---

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
---

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
---

## STATEMENT OF INTENT TO USE DEFERRED JOINT APPENDIX

Plaintiffs/Appellants, Safari Club International and National Rifle Association of America, hereby inform the Court that the parties intend to use a deferred joint appendix, as authorized by Fed. R. App. P. 30(c) and D.C. Cir. R. 30(c).

Dated: July 14, 2015

Respectfully submitted,

/s/ Anna M. Seidman

Anna M. Seidman
Douglas S. Burdin
Jeremy E. Clare
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

Counsel for Appellant
Safari Club International

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2015, a true and correct copy of Plaintiffs/Appellants' Statement of Intent to Use Deferred Joint Appendix was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman

Anna M. Seidman

Counsel for Appellant
Safari Club International
