_____
No. 15-5170
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al*.,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
_____

## CORPORATE DISCLOSURE STATEMENT OF
## PLAINTIFF/APPELLANT SAFARI CLUB INTERNATIONAL

I, the undersigned, counsel of record for Safari Club International, certify that to the best of my knowledge and belief, Safari Club International has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public. Safari Club International is a nonprofit IRC § 501(c)(4) corporation. Its mission is to protect the freedom to hunt and to promote wildlife conservation worldwide, including through the legal hunting of African elephants

in Tanzania and other countries in Africa. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 14, 2015

Respectfully submitted,

/s/ Anna M. Seidman

Anna M. Seidman
Douglas S. Burdin
Jeremy E. Clare
Safari Club International
501 2nd Street NE
Washington, D.C. 20002
202-543-8733
aseidman@safariclub.org
dburdin@safariclub.org
jclare@safariclub.org

Counsel for Appellant
Safari Club International

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of July, 2015, a true and correct copy of the Corporate Disclosure of Plaintiff/Appellant Safari Club International was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

/s/ Anna M. Seidman
Anna M. Seidman

Counsel for Appellant
Safari Club International