# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 15-5170                                                September Term, 2015

1:14-cv-00670-RCL

Filed On: October 6, 2015 [1576804]

Safari Club International and National Rifle Association of America,

      Appellants

    v.

Sally Jewell, In her official capacity as Secretary of the Department of the Interior, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | November 16, 2015 |
| Appellees' Brief | December 16, 2015 |
| Appellants' Reply Brief | December 30, 2015 |
| Deferred Appendix | January 6, 2016 |
| Final Brief | January 20, 2016 |

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk