**ORAL ARGUMENT NOT YET SCHEDULED**

No. 15-5170

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

SAFARI CLUB INTERNATIONAL, *et al.*,
Plaintiffs-Appellants

v.

SALLY JEWELL, in her official capacity as
United States Secretary of the Interior, *et al.*,
Defendants-Appellees
_____

On Appeal from the United States District Court for the District of Columbia
(No. 14-00670)
_____

## DECLARATION OF ANNA M. SEIDMAN

I, Anna M. Seidman, declare pursuant to 28 U.S.C. §1746 as follows:

1. I am counsel for Plaintiff-Appellant Safari Club International and am principally responsible for preparing the opening brief for Plaintiffs-Appellants Safari Club International and National Rifle Association of America (SCI/NRA). Plaintiffs-Appellants SCI/NRA's opening brief is currently due on November 16, 2015.

2. On October 7, 2015 counsel for Plaintiffs-Appellants SCI/NRA and Federal Defendants-Appellees were contacted by Michael Terry, Circuit Mediator for the D.C. Circuit Court of Appeals, inviting us to consider whether we would be interested in exploring settlement of this litigation through the Court's mediation program.

3. After consultation with our clients and several conversations with Mr. Terry, Plaintiffs-Appellants SCI/NRA decided to accept the invitation to attempt to engage in the mediation program in the hope of finding a means of settling this appeal.

4. On November 2, 2015, Mr. Terry assigned a Court Mediator, who has indicated that he will schedule an initial meeting between counsel for Plaintiffs- Appellants and Federal Defendants-Appellees in which the parties will discuss possible settlement options.

5. If, based on the initial meeting, Plaintiffs-Appellants SCI/NRA and Federal Defendants-Appellees can find reason to pursue further discussions, the case will remain in mediation and future meetings/discussions may be scheduled. If the parties do not reach any consensus on whether there are ways to settle this matter, the mediation will terminate.

6. I contacted counsel for Federal Defendants-Appellees and together we have developed a proposed new briefing schedule that provides sufficient time for

this attempt at mediation and takes into account each counsel's holiday leave and travel schedules.

7. I certify, under penalty of perjury, that the foregoing is true and correct. Executed on this 3rd Day of November, 2015, in Asheville, North Carolina.

    Respectfully submitted,

    /s/ Anna M. Seidman

    Anna M. Seidman
    Safari Club International
    501 2nd Street NE
    Washington, D.C. 20002
    202-543-8733
    aseidman@safariclub.org

    Counsel for Plaintiff-Appellant
    Safari Club International