United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

No. 15-5170                          September Term, 2015

1:14-cv-00670-RCL

Filed On: November 5, 2015 [1582097]

Safari Club International and National Rifle
Association of America,

         Appellants

         v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

         Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the briefs to accommodate pending mediation, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 15, 2016 |
| Appellees' Brief | February 16, 2016 |
| Appellants' Reply Brief | March 1, 2016 |
| Deferred Appendix | March 8, 2016 |
| Final Briefs | March 22, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
         Michael C. McGrail
         Deputy Clerk