| | |
|---|---|
| **No. 15-5170** | **September Term, 2015** |
| | 1:14-cv-00670-RCL |
| | Filed On: December 21, 2015 [1589700] |

Safari Club International and National Rifle Association of America,

       Appellants

       v.

Sally Jewell, In her official capacity as Secretary of the Department of the Interior, et al.,

       Appellees

# O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 29, 2016 |
| Appellees' Brief | March 4, 2016 |
| Appellants' Reply Brief | March 25, 2016 |
| Deferred Appendix | April 1, 2016 |
| Final Briefs | April 15, 2016 |

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

               BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk