No. 15-5170
ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

SAFARI CLUB INTERNATIONAL; NATIONAL RIFLE ASSOCIATION OF AMERICA,
PLAINTIFFS-APPELLANTS,

v.

S.M.R. JEWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE INTERIOR; DEPARTMENT OF THE INTERIOR, AN AGENCY OF THE UNITED STATES; DANIEL M. ASH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE U.S. FISH & WILDLIFE SERVICE; U.S. FISH & WILDLIFE SERVICE, AN AGENCY OF THE UNITED STATES,
DEFENDANTS–APPELLEES,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (HON. ROYCE C. LAMBERTH)

**FEDERAL DEFENDANTS-APPELLEES'
NOTICE OF SUBSTITUTION OF COUNSEL**

Please notice the appearance in this action of Jeffrey S. Beelaert, United States Department of Justice, Washington, D.C., as counsel for the above-captioned Federal Defendants-Appellees, in place of Nicholas A. DiMascio. United States mail should be directed to:

      Jeffrey S. Beelaert
      United States Department of Justice
      P.O. Box 7415
      Washington, D.C. 20044

1

Mr. Beelaert can also be reached by phone at (202) 307-6250 or email at Jeffrey.Beelaert@usdoj.gov. His fax number is (202) 353-1873.

Respectfully submitted,

*/s/ Jeffrey S. Beelaert*
JEFFREY S. BEELAERT
U.S. Department of Justice
Environment & Natural Res. Div.
P.O. Box 7415
Washington, D.C. 20044
(202) 307-6250
Jeffrey.Beelaert@usdoj.gov

*Counsel for Federal Defendants-Appellees*

February 1, 2016
90-8-6-07698

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February 2016, a true and correct copy of Federal Defendants-Appellees' Notice of Substitution of Counsel was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

                                        /s/Jeffrey S. Beelaert
                                        JEFFREY S. BEELAERT
                                        U.S. Department of Justice
                                        Environment & Natural Res. Div.
                                        P.O. Box 7415
                                        Washington, D.C.  20044
                                        (202) 307-6250