# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** SAFARI CLUB INTERNATIONAL

v.

S.M.R. JEWELL

**Case No:** 15-5170

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☐ Appellant(s)/Petitioner(s)   ☒ Appellee(s)/Respondent(s)   ☐ Intervenor(s)   ☐ Amicus Curiae

S.M.R. JEWELL

U.S. DEPARTMENT OF THE INTERIOR

DANIEL M. ASHE

U.S. FISH & WILDLIFE SERVICE

Names of Parties                    Names of Parties

### Counsel Information

Lead Counsel: Matthew Littleton

Direct Phone: (202) 514-4010   Fax: (202) 353-1873   Email: matthew.littleton@usdoj.gov

2nd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

3rd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

Firm Name:

Firm Address:

Firm Phone: ( ) -   Fax: ( ) -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)