No. 15-5170
ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

SAFARI CLUB INTERNATIONAL; NATIONAL RIFLE ASSOCIATION OF AMERICA, PLAINTIFFS-APPELLANTS,

v.

S.M.R. JEWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE INTERIOR; DEPARTMENT OF THE INTERIOR, AN AGENCY OF THE UNITED STATES; DANIEL M. ASH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE U.S. FISH & WILDLIFE SERVICE; U.S. FISH & WILDLIFE SERVICE, AN AGENCY OF THE UNITED STATES,
DEFENDANTS–APPELLEES,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (HON. ROYCE C. LAMBERTH)

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Federal Defendants-Appellees respectfully request this Court withdraw the appearance of Jeffrey S. Beelaert as counsel. Under D.C. Circuit Rule 1(c), Mr. Beelaert may not appear as counsel because this appeal was pending while he was serving as a law clerk.

Respectfully submitted,

*/s/ Jeffrey S. Beelaert*
JEFFREY S. BEELAERT
U.S. Department of Justice
Environment & Natural Res. Div.
P.O. Box 7415
Washington, D.C. 20044
(202) 307-6250
Jeffrey.Beelaert@usdoj.gov


*Counsel for Federal Defendants-Appellees*

February 8, 2016
90-8-6-07698

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of February 2016, a true and correct copy of Federal Defendants-Appellees' Motion to Withdraw Appearance of Counsel was electronically filed through the CM/ECF system, which caused all parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

                                         */s/ Jeffrey S. Beelaert*
                                         JEFFREY S. BEELAERT
                                         U.S. Department of Justice
                                         Environment & Natural Res. Div.
                                         P.O. Box 7415
                                         Washington, D.C. 20044
                                         (202) 307-6250
                                         Jeffrey.Beelaert@usdoj.gov