# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5170**          **September Term, 2015**

1:14-cv-00670-RCL

Filed On: February 9, 2016 [1598063]

Safari Club International and National Rifle
Association of America,

       Appellants

       v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

       Appellees

## O R D E R

Upon consideration of the motion of attorney Jeffrey S. Beelaert to withdraw as counsel, it is

**ORDERED** that the motion be granted. The Clerk is directed to note the docket accordingly.

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                           BY:    /s/
                                 Michael C. McGrail
                                 Deputy Clerk