# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Safari Club International et al.

　　　　　　　　　　　v.
S.M.R. Jewell, et al.

**Case No:** 15-5170

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)　　● Appellee(s)/Respondent(s)　　○ Intervenor(s)　　○ Amicus Curiae

S.M.R. Jewell

U.S. Department of the Interior

Daniel M. Ashe

U.S. Fish and Wildlife Service

Names of Parties　　　　　　　　　　　　　　　Names of Parties

### Counsel Information

Lead Counsel: Erika B. Kranz

Direct Phone: (202) 307-6105　Fax: (202) 353-1873　Email: erika.kranz@usdoj.gov

2nd Counsel:

Direct Phone: (　) 　-　　Fax: (　) 　-　　Email:

3rd Counsel:

Direct Phone: (　) 　-　　Fax: (　) 　-　　Email:

Firm Name:

Firm Address:

Firm Phone: (　) 　-　　Fax: (　) 　-　　Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)