| | |
|---|---|
| **No. 15-5170** | **September Term, 2015** |
| | 1:14-cv-00670-RCL |
| | Filed On: March 17, 2016 [1604447] |

Safari Club International and National Rifle Association of America,

      Appellants

      v.

Sally Jewell, In her official capacity as Secretary of the Department of the Interior, et al.,

      Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for a one-week extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply Brief | April 1, 2016 |
| Deferred Appendix | April 8, 2016 |
| Final Briefs | April 22, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk