# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-5170**  **September Term, 2015**

1:14-cv-00670-RCL

Filed On: April 5, 2016 [1607248]

Safari Club International and National Rifle
Association of America,

      Appellants

      v.

Sally Jewell, In her official capacity as
Secretary of the Department of the Interior,
et al.,

      Appellees

## O R D E R

Upon consideration of the motion of The Humane Society of the United States, et al., for leave to participate as amici curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amici brief.

                                               FOR THE COURT:
                                               Mark J. Langer, Clerk

                                   BY: /s/
                                                   Mark A. Butler
                                                   Deputy Clerk